# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARALE HARMON** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 11-6232** |
| | : | |
| **THE DISTRICT ATTORNEY OF** | : | |
| **THE COUNTY OF BUCKS, et al** | : | |

## ORDER

**AND NOW**, this 8th day of May, 2012, upon consideration of the Petition for Writ of Habeas Corpus (Document No. 1), the Respondents' Answer to Petition for Writ of Habeas Corpus, the Report and Recommendation filed by United States Magistrate Judge Linda K. Caracappa and no objections to the Report and Recommendation having been filed, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Caracappa is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DISMISSED WITHOUT PREJUDICE**; and,

3. There is no probable cause to issue a certificate of appealability.

/s/Timothy J. Savage
TIMOTHY J. SAVAGE,  J.